**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY E. ROBERTS, SR.,            No. C 11-3710 SI (pr)

    Plaintiff,                              **ORDER OF TRANSFER**

    v.

JESSE HERNANDEZ,

    Defendant.
                                /

      Anthony E. Roberts, Jr., filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at Mule Creek State Prison in Ione, California. Ione is in Amador County, and within the venue of the Central District of California. Defendant, who works at Mule Creek State Prison, apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

      IT IS SO ORDERED.

Dated: December 12, 2011                                 _____
                                                                                SUSAN ILLSTON
                                                            United States District Judge